**Date of Arrest: 05/29**

# United States District Court

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Septiembre Esteban MORAN-Silva<br>AKA: None Known<br>241727915<br>YOB: 1987<br>Citizen of: Mexico    Defendant | Magistrate Case No. **23-01958MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about May 29, 2023, Defendant Septiembre Esteban MORAN-Silva, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about April 13, 2023. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Approved by and Assigned to AUSA Joshua Tesoriero

*Joshua Tesoriero*

*Kateryna Brake*
Signature of Complainant

Christopher Grabbatin
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____ at   Yuma, Arizona
May 30, 2023                                          City and State
Date

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Septiembre Esteban MORAN-Silva
AKA: None Known
241727915

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about May 29, 2023, near San Luis, Arizona. Questioning of the Defendant by Agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Agents determined the Defendant was first ordered removed at or near Yuma, Arizona on or about August 04, 2022. The Defendant has been removed on five (5) previous occasions. The Defendant was most recently removed on or about April 13, 2023, through the port of Nogales, Arizona, subsequent to a conviction in an United States District Court, District of Arizona, on or about March 20, 2023, for the crime of Re-Entry of Removed Alien, a felony.

Agents determined that on or about May 28, 2023, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document:  BPA's Candi Caballero, Jovan Teran, and Kevin Drake.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA's Alexander Yost and Everisto Perez.

_Kateryna Brake_
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____May 30, 2023_____
Date

_____
Signature of Judicial Officer

- 2 -